IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Steven W. Mullis, | ) | C/A No. 0:15-1223-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Cpl. Bouch, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding *pro se,* filed a Complaint pursuant to 42 U.S.C. § 1983. ECF No. 2. Plaintiff also filed a motion for preliminary injunction in this case. ECF No. 4. On March 25, 2015, the court issued an order allowing Plaintiff an opportunity to submit the financial documents necessary to bring the case into proper form for evaluation and possible service of process. ECF No. 10. The order warned Plaintiff that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure, see Link v. Wabash R.R. Co., 370 U.S. 626 (1962), and Plaintiff's motion for a preliminary injunction is terminated as moot. ECF No. 4.

**IT IS SO ORDERED**.

May 20, 2015
Columbia, South Carolina

s/Mary G. Lewis
Mary G. Lewis
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.