AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Steven W. Mullis,<br>*Plaintiff,*<br>v.<br>Cpl. Bouch,<br>*Defendant,* | )<br>)<br>)    Civil Action No.    0:15-cv-01223-MGL-PJG<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Steven W. Mullis, shall take nothing of the defendant, Cpl. Bouch, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary G. Lewis, United States District Judge, presiding. The Court dismissed the complaint without prejudice for failure to prosecute.

Date:   May 20, 2015                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                                    s/G. Mills

                                                                                                                       *Signature of Clerk or Deputy Clerk*